## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:
_____

Theodora J. Roach; Estate of Vilma T. Roach
1:19-cv-03786-RLY-TAB
_____

### MOTION TO WITHDRAW PENDING MOTION TO WITHDRAW AS COUSEL OF RECORD FOR PLAINTIFFS THEODORA J. ROACH; ESTATE OF VILMA T. ROACH

COMES NOW, Plaintiff THEODORA J. ROACH represented by Goldstein Greco, P.C., by and through undersigned counsel, and file this instant Motion to Withdraw the Pending Motion to Withdraw as Counsel of Record (ECF Doc. No. 27183) filed on September 26, 2025 (hereinafter "Pending Motion"), and respectfully move this Honorable Court for an Order withdrawing the Pending Motion, and suspending the hearing on the Pending Motion as Ordered by this Court returnable December 2, 2025 at 2:30 p.m. (Eastern Time) (ECF Doc. No. 27325), Plaintiff respectfully show the Court the following:

1. Since the filing of undersigned counsel's Pending Motion, contact with Plaintiff has been reestablished.

2. Plaintiff has taken steps and has now complied with this Court's Second Amended CMO-32.

3. Undersigned counsel has acted in good faith and with consistent diligence, and argue that Plaintiff's execution and service of the Second Amended CMO-32 Amount in Controversy Certification Form with the Stipulation of Dismissal without Prejudice renders the Pending Motion and return hearing date as moot.

WHEREFORE, Plaintiff THEODORA J. ROACH respectfully requests this Honorable Court grant this instant Motion to Withdraw the Pending Motion to Withdraw as Counsel of Record (ECF Doc. No. 27183) filed on September 26, 2025, and suspending the hearing on the Pending Motion to Withdraw as Counsel of Record as Ordered by this Court returnable December 2, 2025 at 2:30 p.m. (Eastern Time) (ECF Doc. No. 27325), and such other and further relief as the Court deems just and proper.

Respectfully submitted,

GOLDSTEIN GRECO, P.C.

/s/ Brian A. Goldstein
Brian A. Goldstein
New York Reg. No. 2715019
2354 Wehrle Drive
Buffalo, New York  14221
Tel: (716) 568-9090
bg@goldsteingreco.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      */s/ Brian A. Goldstein*
      Brian A. Goldstein